IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENISE WILSON
ADC #704858                                                                                          PETITIONER

VS.                                       5:07CV00258 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 18th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

1